UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DEANGELO THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-CV-114 CAS |
| | ) | |
| ALFORD NORTHERN, GARY RUSHER, | ) | |
| RAY HOPPER, STEPHEN CLARK, | ) | |
| C.O. I. C. NICHOLS, C.O. II UNKNOWN | ) | |
| KIRKMAN, C.O. III. UNKNOWN RICE, | ) | |
| and C.O. IV. UNKNOWN HOOPER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF PARTIAL DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that, as to defendant C.O. I. C. Nichols, plaintiff's complaint

is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  7th  day of August, 2007.